IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TELENA MOSER, Personal Representative of the Estate of Terry L. Berry, JR., Deceased;<br><br>**Plaintiff,**<br><br>vs.<br><br>JOANN HELTON, in her individual capacity; et al.;<br><br>**Defendants.** | 8:18CV551<br><br>ORDER |

This matter is before the Court following a planning conference held with counsel for the parties by telephone on August 13, 2021. Counsel jointly notified the undersigned magistrate judge that they have settled their claims, subject to the approval of the Nebraska State Legislature and satisfaction of payment. Accordingly,

**IS IT ORDERED:**

1. The Clerk of Court shall close this case for statistical purposes.
2. On or before **May 13, 2022**, the parties shall file a joint stipulation for dismissal (or other dipositive stipulation) that will fully dispose of this case. If a joint stipulation for dismissal is not filed, the parties shall instead file a report explaining the current status of the settlement agreement.
3. The Clerk of Court shall terminate all other outstanding deadlines, the pretrial and trial settings, and any hearings set for this case, and set a case management deadline for May 13, 2022: check for dismissal or status report.

Dated this 13th day of August, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge