IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TELENA MOSER, Personal Representative of the Estate of Terry L. Berry, Jr., Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>JOANN HELTON, in her individual capacity, et al.,<br><br>Defendants. | 8:18-CV-551<br><br>JUDGMENT |

On the parties' joint stipulation of dismissal with prejudice (filing 83), this action is dismissed with prejudice, the parties to pay their own costs and attorney's fees, and complete record waived.

Dated this 10th day of May, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge